FILED ☒   LODGED ___
RECEIVED ___   COPY ___

SEP 16 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Michael Clifford Spitz,<br><br>Defendant. | CR 08-1066 PHX-PGR (ECV)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 875(c)<br>(Threatening Interstate Communication)<br>Count 1<br><br>18 U.S.C. § 844(e)<br>(Interstate Communication of a Bomb Threat)<br>Count 2 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 28, 2008, in the District of Arizona and elsewhere, the defendant, MICHAEL CLIFFORD SPITZ, knowingly transmitted in interstate commerce, with intent to threaten, an e-mail communication to USA.gov, which e-mail communication contained a threat to injure the person of another, that is, the defendant threatened to blow up offices associated with the Department of Homeland Security and the Federal Bureau of Investigation.

In violation of Title 18, United States Code, Section 875(c).

//

//

## COUNT 2

On or about January 28, 2008, in the District of Arizona, defendant, MICHAEL CLIFFORD SPITZ, by means of an instrument of commerce, that is, the internet, maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to unlawfully damage and destroy a building, that being the offices associated with the Department of Homeland Security and the Federal Bureau of Investigation, by means of explosives.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: September 16, 2008

DIANE J. HUMETEWA
United States Attorney
District of Arizona


S/
DAVID A. PIMSNER
Assistant U.S. Attorney